# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RICKY L. GRIGGS,** **PLAINTIFF**
**ADC # 96939**

**v.** **5:04CV00442-WRW/BD**

**LARRY NORRIS,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED, this 13th day of March, 2007.

/s/Wm. R. Wilson, Jr.
UNITE STATES DISTRICT JUDGE